```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ROBERT K. LEE,                       :
                                     :
    Plaintiff,                       :
                                     :
v.                                   :     CIVIL ACTION 08-0472-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Robert K. Lee.

DONE this 19th day of May, 2009.

                                                                    s/BERT W. MILLING, JR.
                                                                    UNITED STATES MAGISTRATE JUDGE